UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

**AVA AYALA,**
**on behalf of herself and all**
**others similarly situated,**

      **Plaintiff,**　　　　　　　　　　Case No. 24-cv-433

  v.

**AMERICAN-3 FAB, INC.,**

      **Defendant.**

---

## ORDER

WHEREAS, on September 19, 2025, the parties filed a Stipulation to Certify a Class Action pursuant to FED. R. CIV. P. 23, a Collective Action pursuant to the Fair Labor Standards Act, and to Designate Class Counsel and the Named Plaintiff as Representatives for the Class (ECF No. 22), as well as their Joint Motion for Preliminary Approval of Settlement (ECF No. 23), with this court. Having reviewed such filings, as well as the documents filed in support thereof,

**IT IS ORDERED THAT:**

1.    Certification is **GRANTED**, for settlement purposes only, of the Rule 23 Class pursuant to FED. R. CIV. P. 23, and defined as:

> All hourly-paid employees employed by Defendant in the State of Wisconsin between April 11, 2022 and August 26, 2025, who used Defendant's electronic timekeeping system to record hours worked and/or work performed each workday.

2.    Certification is **GRANTED**, for settlement purposes only, of the FLSA Collective pursuant to 29 U.S.C. § 216(b), and defined as:

> All hourly-paid employees employed by Defendant between April 11, 2022 and August 26, 2025, who used Defendant's

electronic timekeeping system to record hours worked and/or work performed each workday, and who submit a timely consent form to participate in ("opt-in to") this action.

3. Named Plaintiff, Ava Ayala, is hereby **DESIGNATED** as the Class Representative.

4. The law firm of Walcheske & Luzi, LLC is hereby **DESIGNATED** as Class Counsel for the certified Rule 23 Class.

5. The parties' Settlement Agreement & Release (ECF No. 22-1) is **PRELIMINARILY APPROVED** as a fair, reasonable, and adequate resolution of a *bona fide* dispute under the Fair Labor Standards Act of 1938, as amended ("FLSA"), and Wisconsin's Wage Payment and Collection Laws ("WWPCL").

6. The parties' Notice of Class and Collective Action and Proposed Settlement as attached to the parties' Settlement Agreement as Exhibit 2 (the "Notice") is **APPROVED** and constitutes the best notice practicable under the circumstances, including individual notice to all Class Members and putative Collective Members who can be identified with reasonable effort, and constitutes valid, due, and sufficient notice to Class and putative Collective Members in full compliance with the requirements of applicable law, including the Due Process Clause of the United States Constitution.

7. Each Rule 23 Class member who wishes to join the FLSA Collective or object to or request exclusion from the Settlement Agreement must do so per the instructions set forth in the Notice. The Court will not consider objections or requests for exclusions from any Rule 23 Class member who does not comply with such instructions.

8. Any Rule 23 Class member who has not properly and timely requested exclusion shall be bound by the Settlement Agreement in the event the Court issues a Final Order Approving Settlement.

9. The Court will conduct an in person Final Fairness Hearing on December 23, 2025 at 1:30 p.m. to determine whether: the Settlement Agreement should be approved as fair, reasonable, and adequate; to award the parties' agreed upon Service Award to Plaintiff; to determine the appropriateness of Plaintiff's counsel's requested award of attorneys' fees and costs; and to enter the proposed final order approving the Settlement Agreement and the parties' overall settlement of this litigation.

10. Class Counsel shall file any remaining motions – including a Motion for Approval of Attorneys' Fees and Costs, a Motion for Approval of Plaintiff's Service

Award, and a Motion for Final Settlement Approval – at least fourteen (14) calendar days prior to the Fairness Hearing.

11. Class Counsel shall file a response to any objections to their application for approval of such attorneys' fees and costs at least seven (7) calendar days prior to the Fairness Hearing.

**SO ORDERED** at Green Bay, Wisconsin this 24th day of September 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge